IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| JOHN MEYER, | CV 18-53-BU-BMM |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| BIG SKY RESORT, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, that pursuant to the Court's Order dated November 27, 2018, Defendant's Motion to Dismiss Amended Complaint is granted. Judgment is entered in favor of Defendant Big Sky Resort and this matter is closed.

Dated this 27th day of November, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk